Bryan K. Anderson (SBN 170666)
bkanderson@sidley.com
Aaron R. Bleharski (SBN 240703)
ableharski@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road., Building 1
Palo Alto, CA  94304
Telephone:    (650) 565-7000
Facsimile:    (650) 565-7100

*Attorneys For Defendants Frank Stronach, Belinda Stronach, Donald Walker, Ted Robertson, Kevin Pavlov, Adam Waldman, and Magna E-Car Systems L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| A TRULY ELECTRIC CAR COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK STRONACH, BELINDA STRONACH, DONALD WALKER, TED ROBERTSON, KEVIN PAVLOV, ADAM WALDMAN, MAGNA ELECTRONICS, INC., MAGNA E-CARS SYSTEMS L.P., JANE DOES 1-10 and JOHN DOES 1-10,<br><br>          Defendants. | Case No. 4:11-cv-6578-**YGR**<br><br>**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL BEFORE THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT** |

1  WHEREAS, on September 30, 2011, the plaintiff A Truly Electric Car Company ("ATECC") initiated this lawsuit in Superior Court of the State of California, County of San Mateo, in Case No. CIV-508788; and

WHEREAS, on December 21, 2011, defendants Frank Stronach, Belinda Stronach, Don Walker, Ted Robertson, Kevin Pavlov, Adam Waldman, and Magna E-Car Systems L.P. (collectively, "Defendants") filed with this Court a "Notice of Removal of Action Under 28 U.S.C. §§ 1332, 1441 and 1446 (Diversity)" (*see* Dkt. No. 1); and

WHEREAS, on December 21, 2011, Defendants simultaneously filed "Defendants' Motion: (1) To Stay Pending Decision by the Ninth Circuit in a Related Case; (2) In the Alternative, to Dismiss Under Fed. R. Civ. P. 41; or (3) to Dismiss for Lack of Personal Jurisdiction – Fed. R. Civ. P. 12(b)(2) and Res Judicata; or (4) to Transfer Venue Under 28 U.S.C. § 1404(a)" (*see* Dkt. No. 13) (hereinafter, "Motion"); and

WHEREAS the parties agree that the instant proceedings should be stayed pending resolution of *Durney v. Magna Int'l, Inc.*, 2011 U.S. Dist. LEXIS 47780 (N.D. Cal. May 3, 2011), *appeal docketed*, No. 11-16402 (9th Cir. Jun. 3, 2011) (the "Ninth Circuit Appeal");

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The instant proceedings, and any responses to pending motions or other papers, are stayed pending resolution of the Ninth Circuit Appeal.

2. During the stay period, ATECC (including any other parties or individuals owned or controlled by, or affiliated with ATECC) will not initiate any claims against the Defendants or their past and/or present affiliated corporations, subsidiaries, parents, employees, officers, directors, shareholders, agents, attorneys, assignees, insurers, successors or predecessors-in-interest.

3. Upon a decision in the Ninth Circuit Appeal, ATECC shall have thirty (30) days from the date of such decision to file any motion to remand in this case, and Defendants waive any objection to the timeliness of any argument made by ATECC in any such motion to remand.

**1**

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 4:11-CV-6578-SBA

4.  Upon a decision in the Ninth Circuit Appeal, Defendants shall re-notice their Motion pursuant to Northern District of California Civil Local Rule 7-2.

5.  Plaintiff waives any objection to the timeliness of any objections or challenges that the Defendants may assert to the Complaint or action within thirty (30) days from the decision in the Ninth Circuit Appeal, including through amended answer(s), motion(s), or other response to the Complaint or action.

6.  Each party shall bear their own costs and fees associated with preparing this stipulation in the instant case.

SO STIPULATED.

DATED: January 9, 2012         By:   */s/ Edward G. Durney*
                                     Edward G. Durney
                                     **ATTORNEY AT LAW**
                                     11 Rosalita Lane
                                     Millbrae, CA  94030
                                     Telephone:  (650) 244-9621
                                     edurney@prodigy.net

                                     Counsel for Plaintiff
                                     A Truly Electric Car Company


DATED: January 9, 2012         By:   */s/ Bryan K. Anderson*
                                     Bryan K. Anderson
                                     **SIDLEY AUSTIN LLP**
                                     1001 Page Mill Road, Building 1
                                     Palo Alto, CA  94304
                                     Telephone:  (650) 565-7000
                                     Facsimile:  (650) 565-7100
                                     bkanderson@sidley.com

                                     Counsel for Defendants
                                     Frank Stronach, Belinda Stronach, Don
                                     Walker, Ted Robertson, Kevin Pavlov,
                                     Adam Waldman, and Magna E-Car Systems
                                     L.P.


**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                            */s/ Aaron R. Bleharski*
                                            Aaron R. Bleharski

**3**
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 4:11-CV-6578-SBA

**ORDER**

After considering the stipulation presented to the Court, and good cause therefore appearing, IT IS HEREBY ORDERED.

Dated: February 15, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE