UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A TRULY ELECTRIC CAR COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK STRONACH, et al.,<br><br>    Defendants. | Case No.: 11-cv-06578-YGR<br><br>**ORDER RE-SETTING HEARING ON MOTION TO REMAND AND ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CIVIL LOCAL RULE 7-2 AND THIS COURT'S STANDING ORDER IN CIVIL CASES** |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

Plaintiff's counsel, Edward Durney, is hereby **ORDERED TO SHOW CAUSE** why he should not be sanctioned for failing to comply with Civil Local Rule 7-2 ("Civ. L.R. 7-2") regarding noticing hearing dates and this Court's Standing Order in Civil Cases ("Standing Order") reflecting the same.

Civ. L.R. 7-2(a) states that: "Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." The Court's Standing Order states at Section 3 regarding Changes to Court Calendar: "No changes to the Court's schedule shall be made except by signed order of the Court and only upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make any other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, a Motion for Administrative Relief, as contemplated by Civil Local Rule 7-11." The Court's Standing Order further provides that "requests which, in effect, do not allow the Court two weeks from the filing of the last brief until the scheduled hearing date are denied routinely."

An Order to Show Cause hearing shall be held on Friday, November 16, 2012, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

Plaintiff's counsel must file a written response to this Order to Show Cause no later than November 9, 2012 explaining why he failed to comply with the Civil Local Rules and this Court's Standing Order. Plaintiff's counsel shall also file a certification attesting that he has personally reviewed the Civil Local Rules regarding Motion Practice and the Court's Standing Order in Civil Cases. Plaintiff's counsel must appear personally at the hearing. If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar.

The hearing on Plaintiff's Motion to Remand is hereby re-scheduled for December 4, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**