UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A TRULY ELECTRIC CAR COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK STRONACH, et al., <br><br> Defendants. | Case No.: 11-cv-06578-YGR <br><br> **ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

On October 22, 2012, the Court issued an Order to Show Cause. (Dkt. No. 32.) Plaintiff's counsel provided a timely written response to the Order. (Dkt. No. 33.) Having reviewed and considered the written response, the Court is satisfied with Plaintiff's counsel's submission, and accordingly, **VACATES** the Order to Show Cause hearing scheduled for November 16, 2012. No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Dated: October 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**